■ In the Matter of STATE OF NEW YORK, Respondent, v JAMAAL ALI, Appellant. [915 NYS2d 882]—Appeal from an order of the Supreme Court, Erie County (John L. Michalski, A.J.),

entered November 18, 2009 in a proceeding pursuant to Mental Hygiene Law article 10. The order, inter alia, committed respondent to a secure treatment facility.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.